# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Phonepadith Thadsamany,

   Plaintiff(s),         JUDGMENT IN A CIVIL CASE

vs.               3:09-cv-332
                3:06-cr-178-4
USA,

   Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 3, 2010 Order.

              Signed: February 3, 2010

              *Frank G. Johns*

              Frank G. Johns, Clerk
              United States District Court